573 A.2d 1026

**Gail P. HILL, Petitioner at No. 407 Respondent at No. 408**

**v.**

**PORT AUTHORITY TRANSIT SYSTEM OF ALLEGHENY COUNTY, Respondent at No. 407 Petitioner at No. 408**

Supreme Court of Pennsylvania.

May 9, 1990.

## ORDER OF COURT

PER CURIAM.

Petition and Cross–Petition for Allowance of appeal are granted. The cases are remanded to the Commonwealth Court in light of our recent decision in *Marshall v. Port Authority of Allegheny County,* 524 Pa. 1, 568 A.2d 931 (1990).